## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| PREPARED FOOD PHOTOS INC | NO. 6:24–CV–00017–DCJ–CBW |
| VERSUS | JUDGE DAVID C JOSEPH |
| A C OF LAFAYETTE L L C | MAGISTRATE JUDGE CAROL B WHITEHURST |

### NOTICE OF INTENT TO DISMISS
### FOR FAILURE TO PROSECUTE UNDER LR41.3

Please take notice that this action is subject to dismissal in its entirety under **LR41.3** for failure to prosecute if good cause is not shown why no responsive pleadings have been filed or default entered within sixty (60) days after service of the summons and complaint.

If you feel there is good cause for this failure, a "Motion for Extension of Time to Take a Default" should be filed within fourteen (14) days of the issuance of this notice, and such motion should include whatever good cause exists for the failure set forth above. If no filing is made within fourteen (14) days of the issuance of this notice, this civil action will be dismissed in its entirety by the Clerk of Court under **LR41.3**.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE April 19, 2024.

DANIEL J. MCCOY
CLERK OF COURT