IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

Case No. 6:24-cv-00017

PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE
MARKETING & COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

AC OF LAFAYETTE L.L.C. d/b/a
CANJUNGROCER.COM,

    Defendant.

---

**ORDER ON PLAINTIFF'S
MOTION FOR EXTENSION OF TIME TO TAKE A DEFAULT**

**THIS CAUSE** came before the Court on Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc.'s ("Plaintiff") Motion for an Extension of Time to Take a Default against defendant AC of Lafayette L.L.C. d/b/a CajunGrocer.com ("Defendant"), filed on May 1, 2024.  Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The Motion **[Rec. Doc. 7]** is **GRANTED.**

    2.    The Deadline for Plaintiff to either seek a default or to amend the complaint to name the correct party(ies) is no later than May 31, 2024.

**DONE AND ORDERED** in Chambers at Lafayette, Louisiana this 2nd day of May, 2024.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE